IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01732-BNB

NATHANIEL HAMPTON,

    Plaintiff,

v.

JOE ORTIZ, Exec. Dir. Of CDOC,
MONA CONTARES, CM Comcor,
DEBORAH DURAN, CPO, CDOC Liason [sic],
MR. SKILER, CPO,
BETH STRANIS, CM Comcor,
MR. ROGERS, CPO,
MR. PEREZ, CPO,
MARK ALLISON, CPO,
GREG THOMPSON, CPO, and
UNKNOWN NAMED CPO, CDOC LIASON,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP - 4 2007

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's Motion for Extension of Time, filed on September 4, 2007, for an extension of time in which to pay the $19.00 initial partial filing fee is GRANTED for thirty days only. Plaintiff shall be allowed **thirty days from the date of this Minute Order** in which to pay the initial partial filing fee or to show cause as directed in the August 17, 2007, Order why he has no assets and no means by which to pay the designated initial partial filing fee. Furthermore, Plaintiff's Motion to Amend Complaint is denied as unnecessary pursuant to Fed. R. Civ. P. 15(a).

Dated: September 4, 2007

Copy of this Minute Order mailed on September 4, 2007, to the following:

Nathaniel Hampton
Prisoner No. 114008
El Paso County Det. Facility
2739 E. Las Vegas
Colorado Springs, CO 80906

                                                     Secretary/Deputy Clerk