IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01732-BNB

NATHANIEL HAMPTON,

   Plaintiff,

v.

JOE ORTIZ, Exec. Dir. of DOC,
PAROLE BOARD HEARING OFFICER ON JUNE 27, 2007,
MONA CONTARES, CM COMCOR,
ANETA BROWN, CM COMCOR Supervisor,
DEBORAH DURAN, CPO, CDOC Liason [sic],
BETH STRANIS, CM COMCOR,
MR. SKILER, CPO,
MR. ROGERS, CPO,
MR. PEREZ, CPO,
MARK ALLISON, CPO,
GREG THOMPSON, CPO,
PAROLE BOARD EXECUTIVE DIRECTOR OF PAROLE APPEAL OFFICERS ON
      DEC. 19, 2006,
WATERS, Parole Board Hearing Officer on November 15, 2006,
CURTIS W. DEVIN, Parole Hearing Officer, and
UNKNOWN NAMED CPO, CDOC LIASON [sic],

   Defendants.

---

ORDER DISCHARGING SHOW CAUSE AND
DIRECTING PLAINTIFF TO FILE AN AMENDED COMPLAINT

---

On April 3, 2008, the Court ordered Applicant, Nathaniel Hampton, to show cause within thirty days why the instant Complaint should not be denied for failure to comply with the Court's August 17, 2007, Order. On May 5, 2008, Mr. Hampton submitted a Response. Based on the information provided in the Response, the Court's directive to show cause will be discharged at this time. Plaintiff also will be

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 06 2008

GREGORY C. LANGHAM
                    CLERK

instructed to file an Amended Complaint if he so desires to include the claims that he raises in the Letter he filed on February 15, 2008. Accordingly, it is

ORDERED that to the extent the April 3, 2008, Order directs Plaintiff to show cause why the instant action should not be dismissed for failure to comply with the Court's August 17, 2007, Order the April 3, 2008, Order is discharged. It is

FURTHER ORDERED that Plaintiff file an Amended Complaint to include all appropriate claims if he so desires. It is

FURTHER ORDERED that the Clerk of the Court send to Plaintiff two copies of the Prisoner Complaint form for the purpose of filing the Amended Complaint. It is

FURTHER ORDERED that if Plaintiff fails to file an Amended Complaint within thirty days of the date of the instant Order the Court will proceed to review the merits of Plaintiff's parole revocation claim as set forth in the Prisoner Complaint that he filed with the Court on September 4, 2007.

DATED May 6, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01732-BNB

Nathaniel Hampton
Reg. No. 114008
Four Mile Correctional Center
PO Box 200
Cañon City, CO 81215-0200

I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner Complaint** to the above-named individuals on 5/6/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk