IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 12 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-01732-BNB

NATHANIEL HAMPTON,

Plaintiff,

v.

JOE ORTIZ, Exec. Dir. of C.D.O.C.,
MR. PEREZ, CPO,
PAROLE BOARD APPEAL REVIEWING OFFICERS ON DEC. 19, 2006,
WATERS, Parole Board Hearing Officer,
UNKNOWN NAMED CPO, D.O.C., CM, and
MARK ALISON, CPO,

Defendants.

---

ORDER TO DISMISS IN PART AND TO DRAW CASE
TO A DISTRICT JUDGE AND TO A MAGISTRATE JUDGE

---

Plaintiff Nathaniel Hampton is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Four Mile Correctional Center in Cañon City, Colorado. Originally, Mr. Hampton initiated this action by filing a *pro se* Prisoner Complaint in which he sought restoration of earned time credits and compensation for illegal confinement. On October 25, 2007, the Complaint and action were dismissed pursuant to *Heck v. Humphrey*, 512 U.S. 477 (1994). On February 15, 2008, Plaintiff filed a Letter requesting reinstatement of the case. The Court construed the Letter as a Motion to Reconsider and granted Plaintiff's request to reinstate the case but only with respect to Plaintiff's parole claims. In the Motion to Reconsider, Plaintiff asked permission to file an Amended Complaint, which the Court granted. On May 22, 2008, Plaintiff filed an Amended Complaint.

The Court must construe the Amended Complaint liberally because Mr. Hampton is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). Therefore, the Amended Complaint is held to standards less stringent than those governing a formal pleading drafted by an attorney. *See id.* However, the Court should not act as a *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, the Amended Complaint will be denied in part and ordered drawn in part to a district judge and to a magistrate judge.

In Claims One through Three, Mr. Hampton challenges the loss of his earned time credits on January 8, 2004, due to a conviction in a disciplinary proceeding. Mr. Hampton raised the same claim in the original Complaint filed in the instant action, which the Court determined was barred by *Heck*. In the February 11, 2008, Motion to Reconsider, Mr. Hampton contends that he should be able to address the loss of earned time credits in this action because the "claims are not focused on the lost earned time, but the process in which it was held."

Mr. Hampton was instructed in the Court's April 3, 2008, Order reinstating the action that he may only raise claims in the Amended Complaint that challenge his parole revocation hearing. Although Plaintiff asserts that the earned time credits claims is different than the earned time credits claims he asserted in the original Complaint, he seeks the same relief in the Amended Complaint for the loss of earned time credits that he sought in the original Complaint. Plaintiff asks for compensation because he was required to serve an increased sentence due to the loss of earned time credits. Mr.

Hampton's earned time credits claims, as stated in the Amended Complaint, again are barred by *Heck*.

Therefore, Claims One through Three will be dismissed. The parole revocation claims, Claims Four and Five, will be drawn to a district judge and to a magistrate judge. Accordingly, it is

ORDERED that Claims One through Three and Defendant Joe Ortiz are dismissed from the action. It is

FURTHER ORDERED that Claims Four and Five as asserted against the remaining Defendants shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 12 day of June, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 07-cv-01732-BNB

Nathaniel Hampton
Reg. No. 114008
Four Mile Correctional Center
PO Box 200
Cañon City, CO 81215-0200

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  6/12/8

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk