F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 17 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01732-EWN-MEH

NATHANIEL HAMPTON,

    Plaintiff,

v.

MR. PEREZ, CPO,
PAROLE BOARD APPEAL REVIEWING OFFICERS ON DEC. 19, 2006,
PAROLE BOARD HEARING OFFICER, WATERS,
UNKNOWN NAMED CPO, D.O.C., CM, and
MARK ALISON, CPO,

    Defendants.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after

service of process on the defendants.

    Dated: June 16, 2008

                              BY THE COURT:

                              s/ Edward W. Nottingham
                              CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01732-EWN-MEH

Nathaniel Hampton
Doc No. 114008
FMCC
PO Box 200
Canon City, CO 81215

Mr. Perez, Parole Board Appeal Reviewing Officers, Parole Board Hearing Officer Waters, and Mark Alison- **WAIVER***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Mr. Perez, Parole Board Appeal Reviewing Officers, Parole Board Hearing Officer Waters, and Mark Alison; and to John Suthers; COMPLAINT FILED 05/22/08, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 6/11/08

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk