IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01732-EWN-MEH

NATHANIEL HAMPTON,

    Plaintiff,

v.

MR. PEREZ, CPO,
PAROLE BOARD APPEAL REVIEWING OFFICERS ON DEC. 19, 2006,
WATERS, Parole Board Hearing Officer,
UNKNOWN NAMED CPO, D.O.C., CM, and
MARK ALISON, CPO,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 24, 2008.**

    Plaintiff's Request (Motion) for Clarification [filed July 22, 2008; docket #38] is **granted**. The Clerk of the Court is directed to mail copies of the returned summonses found at dockets #36 and #37 to Plaintiff and to file a certificate of service evidencing the same.