IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01732-EWN-MEH

NATHANIEL HAMPTON,

    Plaintiff,

v.

MR. PEREZ, CPO,
PAROLE BOARD APPEAL REVIEWING OFFICERS ON DEC. 19, 2006,
WATERS, Parole Board Hearing Officer, and
MARK ALISON, CPO,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 31, 2008.**

    Plaintiff's Request (Motion) for Leave to File a Motion for Default Judgment [filed October 24, 2008; docket #58] is **denied**. The September 29, 2008 order to which Plaintiff refers was vacated [docket #54] and replaced with a recommendation that Defendant's motion to dismiss be denied as moot and that Defendant be allowed to respond to the Third Amended Complaint. This Court's recommendation is currently pending before District Court Judge Nottingham.