IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 07-cv-01732-CMA-MEH

NATHANIEL HAMPTON,

    Plaintiff,

v.

PEREZ, CPO,
UNKNOWN NAMED COP, D.O.C., CM,
PAROLE BOARD APPEAL REVIEWING OFFICERS on Dec. 19, 2006,
WATERS, Parole Board Hearing Officer, and
MARK ALLISON, CPO,

    Defendants.

## ORDER ADOPTING AND AFFIRMING SEPTEMBER 30, 2008 RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

This matter is before the Court on the Order on Motion to Amend and Recommendation on Motion to Dismiss (Doc. # 55) by the Magistrate Judge regarding Defendants' Motion to Dismiss and Plaintiff's Motion to Amend.

No party has objected to the recommendation. The Court has conducted the requisite *de novo* review of the issues, the motions and the recommendation. Based on this review, the Court has concluded that the Magistrate Judge's thorough and comprehensive analysis and recommendation are correct. Accordingly,

IT IS ORDERED that the September 30, 2008 Order on Motion to Amend and Recommendation on Motion to Dismiss (Doc. # 55) is ACCEPTED and, for the reasons cited therein, it is hereby

ORDERED that Plaintiff's Motion to Amend (Doc. # 49) is GRANTED IN PART and DENIED WITHOUT PREJUDICE IN PART. The Clerk of the Court is hereby DIRECTED to accept the tendered Third Amended Complaint (Doc. # 48) for filing.

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss (Doc. # 44) is DENIED AS MOOT, and Defendants are granted leave to file an answer or other responsive pleading to the Third Amended Complaint in accordance with F.R.Civ.P. 15(a).

DATED: November  7th , 2008

BY THE COURT:

*Christine M Arguello*
CHRISTINE M. ARGUELLO
United States District Judge