IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01732-CMA-MEH

NATHANIEL HAMPTON,

    Plaintiff,

v.

PEREZ, CPO,
UNKNOWN NAMED CPO, D.O.C., CM,
PAROLE BOARD APPEAL REVIEWING OFFICERS on Dec. 19, 2006,
WATERS, Parole Board Hearing Officer, and
MARK ALLISON, CPO,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 30, 2008.**

    In light of Defendant's response filed December 30, 2008 [docket #79], Plaintiff's Motion to Clarify Service of Process [filed November 26, 2008; docket #67] is **granted**, and the Order to Show Cause filed December 29, 2008 is hereby **discharged**.