IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01732-CMA-MEH

NATHANIEL HAMPTON,

    Plaintiff,

v.

PEREZ, CPO,
UNKNOWN NAMED CPO, D.O.C., CM,
PAROLE BOARD APPEAL REVIEWING OFFICERS on Dec. 19, 2006,
WATERS, Parole Board Hearing Officer, and
MARK ALLISON, CPO,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 19, 2009.**

    Plaintiff's Motion for Order to Stay and Abey All Proceedings Pending Disposition [filed May 15, 2009; docket #105] is **denied as moot**. The District Court dismissed this case on April 23, 2009 [docket #102]; therefore, there are no proceedings to stay in this matter.